UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-20155-CIV-SEITZ/MCALILEY

SALVADOR MAGLUTA,

    Plaintiff,

v.

MONICA WETZEL, *et al.*

    Defendants.

_____/

## FINAL SUMMARY JUDGMENT

Pursuant to the Court's simultaneously filed Order Granting Defendants' Motion to Dismiss Third Amended Complaint, Or Alternative Summary Judgment Motion, it is hereby

ORDERED that Plaintiff Salvador Magluta take nothing by this action, and that Defendants Monica Wetzel, Ruben Collado, Eduardo Serrano, Martin Ricaboldi and Kenneth Lee, go hence without delay.

DONE and ORDERED in Miami, Florida, this <u>29th</u> day of December, 2006.

*[signature]*

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record